UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

        -v-

HARVEY NEWKIRK,

        Defendant.
------------------------------------------------------------x

14-cr-534-02 (JSR)

**JURY VERDICT**

1. On Count One, the charge of conspiracy to commit wire fraud, we the jury find Harvey Newkirk:

    Guilty _____    Not Guilty ✓

2. On Count Two, the charge of wire fraud, we the jury find Harvey Newkirk:

    Guilty ✓    Not Guilty _____

3. On Count Three, the charge of aggravated identity theft, we the jury find Harvey Newkirk:

    Guilty _____    Not Guilty ✓

#3 [signature]
FOREPERSON

Date: 2015-12-14