

Honorable Jed S. Rakoff
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Dear Judge Rakoff:

We are writing this letter on behalf of our son, Harvey Newkirk, who is presently before you on criminal charges and is due to be sentenced on April 14, 2016. We are both retired after working in the fields of business and education for over 45 years.

Harvey is our only child. As a child, youth, young adult and now an adult man, we take much pride in calling him our Son. We have instilled in him the values of having God in your life first; close knit family ties; respect and honor for authority figures, such as pastor, teachers, employer and legal officials.

During his early years, we never had to visit the schools he attended because of misbehavior. He was an excellent student. He was involved in extracurricular activities such as football and basketball and was well-liked by the coaches and his teammates. He took getting an education seriously and went right through from high school to college and then law school. All the while, his main focus was on becoming a lawyer.

We are proud of the accomplishments he made through the years. One of the things, we are most proud of is the way he loves and cares for his wife and three children. He is connected to them emotionally as well being a provider.

Harvey is responsible, honest, considerate, loyal, loving and patient. Basically, he is a good man who has many good and productive years ahead of him, who cherishes and works hard to provide for him wife and children and who has a circle of friends and a loving family who support him. He has shared his knowledge and expertise by mentoring young men and others who wanted to become entrepreneurs.

EXHIBIT 1

We know that he has been convicted of wire fraud. This does not take away the love, respect nor the pride we have in our hearts for him.

Judge Rakoff, we are respectful of the legal system and your position in it. We pray that you will give heartfelt consideration in making your decision and that you will take into consideration all the good that Harvey has accomplished in his life; as well as the fact of him being a model citizen. We are asking that you grant him probation.

Sincerely,

*Harvey Newkirk*
*Janie Newkirk*
Harvey and Janie Newkirk