FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

United States of America,

              *Plaintiff*

v.

Harvey Newkirk

              *Defendant*

No: 14-CR-534(JSR)

**REQUEST AND RECOMMENDATION**

**IT IS HEREBY REQUESTED AND RECOMMENDED:**

That the United States Bureau of Prisons designate Harvey Newkirk, who this Court sentenced on April 21, 2016, to 6 months imprisonment, to serve his sentence at the minimum security camp attached to FCI Otisville, a Bureau of Prisons facility in Orange County, New York.

Dated: New York, New York

    May 20, 2016

SO ORDERED:

_____
Honorable Jed S. Rakoff
Senior United States District Judge
Southern District of New York